**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-2017**

BOBBY ROBBINS,

Plaintiff - Appellant,

v.

DSS; TINA KINSLER; JHANTE ROBBINS; SCHOOL BOARD; RICHLAND COUNTY POLICE DEPARTMENT; MENTAL HEALTH; MAIN STREET 1701; MS. FOSTER; MS. JETER; SONYA GOOD; KENDRA MARTIN; LADAWN,

Defendant - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Cameron McGowan Currie, Senior District Judge.  (3:18-cv-01973-CMC)

Submitted:  January 17, 2019                           Decided:  January 22, 2019

Before WILKINSON and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Bobby Robbins, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bobby Robbins appeals the district court's order accepting the recommendation of the magistrate judge and dismissing this civil action under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Robbins v. DSS*, No. 3:18-cv-01973-CMC (D.S.C. Aug. 14, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*